UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeretta Seabrook, | ) |
|               Plaintiff, | ) ) ) Civil Action No. 09-cv-465 PAM/AJB |
| vs. | ) ) |
| American Debt Services, LLC, | ) ) |
|               Defendant. | ) |

### ORDER FOR DISMISSAL

Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 2, filed by Plaintiff on March 5, 2009 and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

**BY THE COURT:**

Dated: March  11 , 2009     s/Paul A. Magnuson
                                         The Honorable Paul A. Magnuson
                                         United States District Court Judge